THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIIL TROFIMOVICH and BRITTANY TROFIMOVICH, husband and wife, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign insurance company<br><br>Defendant. | CASE NO. C16-1510-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Currently pending is Defendant's motion for summary judgment (Dkt. No. 15), which notes Friday, June 16, 2017. Plaintiffs have now filed a cross motion for summary judgment (Dkt. No. 21), which notes Friday, July 7, 2017. For the ease of resolving these motions together, the Court hereby RENOTES Defendant's motion (Dkt. No. 15) for Friday, July 7, 2017.

//
//
//

MINUTE ORDER C16-1510-JCC
PAGE - 1

1     DATED this 13th day of June 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk